Thursday, February 9, 2017

No. 16–0671/AF. U.S. v. Keanu D.W. Ortiz. CCA 38839. On consideration of the briefs of the parties, the briefs of *amici curiae*, and oral argument, it is ordered that the decision for the United States Air Force Court of Criminal Appeals is hereby affirmed. The opinion of the Court will be issued on a future date. C.A.A.F.R. 43(b). A petition for reconsideration may be filed no later than 10 days after the date of the issuance of said opinion.

Friday, February 10, 2017

No. 17–0232/AF. Devin J. Vanhise, Petitioner v. The United Stated Air Force Court of Criminal Appeals, Respondent. CCA 38882. Notice is hereby given that a petition for extraordinary relief in the nature of a writ of mandamus was filed under Rule 27(a) on this date.